**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

February 28, 2024

**VIA ECF & E-MAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Francisco Rosario*, 23 Cr. 519 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter on consent to request an extension to March 1, 2024 to file its sentencing submission in the above-referenced case, currently due today, February 28, 2024. The defendant is scheduled to be sentenced on March 6, 2024. The undersigned Government counsel has been in a *Fatico* hearing this week with multiple witnesses that is going through today, and the Government respectfully requests additional time to complete its review and consideration of the points raised in the defense's submission filed last week and to addresses the relevant factors under 18 U.S.C. § 3553(a). Defense counsel consents to the Government's request for an extension. This is the first such request by the Government.

Respectfully submitted,

Granted.

So Ordered.
2/28/24

DAMIAN WILLIAMS
United States Attorney

By: _____
Kevin T. Sullivan
Assistant United States Attorney

cc:   Elliot Fuld, Esq.